AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
11/12/21
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Priority Mail Tracking Number )
9405536895232560443890 )
postmarked November 9, 2021 )

Case No. 3:21MJ409

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Package 9405536895232560443890, addressed to STORM RATLIFF, 1549 IRONWOOD DR, FAIRBORN, OH 45324-3548, with a return address of ASHLEY WILLIAMS, 18424 DOMINO ST, RESEDA, CA 91335.

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances throught the U.S. Mails, including moeny and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Brad M. Dorman, U.S. Postal Inspector
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____FaceTime_____ *(specify reliable electronic means)*.

Date: 11/12/21

City and state: Dayton, OH

_____
Judge's signature

United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>PRIORITY MAIL PACKAGE<br>TRACKING NUMBER<br>9405536895232560443890 | Case No. **3:21MJ409**<br><br>**Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, **Brad M Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the use of the United States Mail in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Criminal Proceeds").

2. Based on my training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Criminal Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the

1

package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On November 12, 2021, the U.S. Postal Inspection Service intercepted a package (hereinafter "the Package") addressed to 1549 Ironwood Dr, Fairborn, OH 45324-3548 at the Cincinnati Network Distribution Center (NDC) coming from the Southern California area. The Package is a USPS Priority Mail Medium Flat Rate Box, bearing tracking number 9405536895232560443890, mailed from Post Office 91335, postmarked November 9, 2021, with the following address information:

**Sender**: ASHLEY WILLIAMS
18424 DOMINO ST
RESEDA, CA 91335

**Addressee**: STORM RATLIFF
1549 IRONWOOD DR
FAIRBORN, OH 45324-3548

Through training and experience as a Postal Inspector, the Southern California Area has long been identified as a drug source for drugs shipped nation-wide.

4. A check of the addressee information was performed in CLEAR. CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is a "Storm Ratliff" associated with 1549 Ironwood Dr, Fairborn, OH 45324-3548. CLEAR also shows that "Storm Ratliff" was convicted in 2017 of Manufacturing/Cultivation of Marijuana.

5. A check of the sender information was performed in CLEAR. According to CLEAR, there is no "Ashley Williams" associated with 18424 Domino St, Reseda, CA 91335.

6. On November 12, 2021, at my request, Dayton Police Department Officer Jeremy Stewart conducted a narcotics-detection canine "free air" check of the outside of the Package. I was present during said check. Prior to conducting the "free air" check, the Package was placed in a room with multiple similar and like packages. As set forth in the attached affidavit of Officer Stewart, "Weston" alerted positively for the presence or odor of a narcotic or other controlled substance on the Package. "Weston" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no known association between the sender and return address, (ii) the prior conviction for narcotics of the recipient, and (iii) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds in the Package.

Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

Brad M Dorman
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this ___ day of _____, 2021.

**12th     November**

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Officer **JEREMY STEWART**, am and have been employed by the **DAYTON POLICE DEPARTMENT** since **2014**. Among other duties, I am currently the assigned handler of narcotics detection canine "**WESTON**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Marijuana, Cocaine, Methamphetamine, and Heroin**

On **11/12/2021**, at the request of Postal Inspector **DORMAN**, I responded to the **DAYTON P&DC**, where "**WESTON**" did alert to and indicate upon: [describe item]

USPS Priority Mail Tracking # 9405 5368 9523 2560 4438 90

| | | |
|---|---|---|
| TO: | STORM RATLIFF | FROM: ASHLEY WILLIAMS |
| | 1549 IRONWOOD DR | 18424 DOMINO ST |
| | FAIRBORN, OH 45324-3548 | RESEDA, CA 91335 |

Which, based upon my training and experience and that of "**WESTON**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 28943, 11-12-21
(Signature, Badge #, and Date)

_____ 11/12/21
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009